# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-16150-AMC

ARMINDA LEE PAZ

3211 ARAMINGO AVENUE

PHILADELPHIA, PA 19134-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ARMINDA LEE PAZ

3211 ARAMINGO AVENUE

PHILADELPHIA, PA 19134-

**Counsel for debtor(s), by electronic notice only.**
MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 2/3/2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee