```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 19-16150-amc
Arminda Lee Paz                                                 Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 1          Date Rcvd: Aug 04, 2020
                             Form ID: pdf900         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db             +Arminda Lee Paz,    3211 Aramingo Avenue,   Philadelphia, PA 19134-4404
cr             +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   c/o REBECCA ANN SOLARZ,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14485813        KHEAA,    P.O. BOX 798,   FRANKFORT KY 40602-0798
14402827       +Michele Perez Capilato, Esquire,    Law Offices of Michele Perez Capilato,
                500 Office Center Drive, Suite 400,   Fort Washington PA 19034-3234
14448666       +U.S. BANK NATIONAL ASSOCIATION,    TRUSTEE FOR PA HOUSING FINANCE AGENCY,
                c/o REBECCA ANN SOLARZ,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 05 2020 04:08:25     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2020 04:08:14
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2020 04:08:21     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14455083        E-mail/Text: megan.harper@phila.gov Aug 05 2020 04:08:25     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,   Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1595
14398164       +E-mail/Text: ebnnotifications@creditacceptance.com Aug 05 2020 04:08:02     Credit Acceptance,
                25505 W Twelve Mile Rd,   Ste 3000,   Southfield MI 48034-8331
14448869       +E-mail/Text: blegal@phfa.org Aug 05 2020 04:08:18     U.S. Bank National Association, et al,
                c/o PA Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor Arminda Lee Paz perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        Chapter 13

ARMINDA LEE PAZ

          Debtor(s)                            :        Bky. No.   19-16150-AMC

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: August 4, 2020**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**