**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ARMINDA LEE PAZ** | : | **CHAPTER 13** |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| **Debtor(s)** | : | **No.  19-16150 amc** |

### AMENDED CERTIFICATE OF NO OBJECTION

_____COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor, and hereby certifies that neither an objection to Counsel's Application for Compensation nor an application for administrative fees has been filed after being served on interested parties on August 4, 2020.

August 26, 2020

Respectfully Submitted,

/s/Michele Perez Capilato
Michele Perez Capilato, Esquire
Attorney I.D.  No.  90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160
michelecapilatolaw@gmail.com