**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| | : | |
| **ARMINDA LEE PAZ** | : | |
| | : | |
| Debtor | : | **No. 19-16150 amc** |

AMENDED ORDER

AND NOW, this ____ day of August 2020, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $4,250.00 as the total legal fees for services performed and expenses incurred for essential bankruptcy services. The Trustee is authorized to pay the unpaid balance thereof, the sum of $3,150.00, from the estate.

_____
ASHELY M. CHAN
United States Bankruptcy Judge