# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| ARMINDA LEE PAZ | : | |
| | : | |
| Debtor | : | No. 19-16150 amc |

## ORDER

AND NOW, this _____ day of October 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $4,250.00 as the total legal fees for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,150.00 from the estate to the extent provided for by the Confirmed Plan.

**Date: August 27, 2020**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Cc:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
Attorney for Debtor

William C. Miller (electronically)
Standing Ch13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Ms. Arminda Lee Paz
3211 Aramingo Avenue
Philadelphia, PA 19134

1st Crd Srvc
377 Hoes Lane
Piscataway, NJ 08854

Credit Acceptance Corporate Headquarter
Silver Triangle Building

25505 West Twelve Mile Road
Southfield, MI 48034

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48086

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773

Diversified Consultants, Inc
POB 551268
Jacksonville, FL 32255

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Navient
Po Box 9500
Wilkes Barre, PA 18773

Navient Solutions Inc
11100 Usa Pkwy
Fishers, IN 46037

PA Dept of Revenue
Bankruptcy Division
POB 280946
Harrisburg, PA 17128

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Rebecca Solarz
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Slc Stud Loan Trust
5800 South Corporate Place
Sioux Falls, SD 57108

US Bank National Association
211 North Front Street
POB 15057
Harrisburg, PA 17101