United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arminda Lee Paz  
    Debtor

Case No. 19-16150-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore    Page 1 of 1    Date Rcvd: Aug 27, 2020  
                       Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.
```
db             +Arminda Lee Paz,    3211 Aramingo Avenue,    Philadelphia, PA 19134-4404
cr             +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    c/o REBECCA ANN SOLARZ,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 28 2020 04:20:08      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2020 04:19:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2020 04:20:06      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MICHELE PEREZ CAPILATO     on behalf of Debtor Arminda Lee Paz perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| **ARMINDA LEE PAZ** | : | |
| | : | |
| Debtor | : | No. 19-16150 amc |

ORDER

AND NOW, this ____ day of October 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $4,250.00 as the total legal fees for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $3,150.00 from the estate to the extent provided for by the Confirmed Plan.

**Date: August 27, 2020**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Cc:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
Attorney for Debtor

William C. Miller (electronically)
Standing Ch13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Ms. Arminda Lee Paz
3211 Aramingo Avenue
Philadelphia, PA 19134

1st Crd Srvc
377 Hoes Lane
Piscataway, NJ 08854

Credit Acceptance Corporate Headquarter
Silver Triangle Building

25505 West Twelve Mile Road
Southfield, MI 48034

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48086

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773

Diversified Consultants, Inc
POB 551268
Jacksonville, FL 32255

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Navient
Po Box 9500
Wilkes Barre, PA 18773

Navient Solutions Inc
11100 Usa Pkwy
Fishers, IN 46037

PA Dept of Revenue
Bankruptcy Division
POB 280946
Harrisburg, PA 17128

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Rebecca Solarz
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Slc Stud Loan Trust
5800 South Corporate Place
Sioux Falls, SD 57108

US Bank National Association
211 North Front Street
POB 15057
Harrisburg, PA 17101