# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   ARMINDA LEE PAZ | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 19-16150-amc |

### ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW, the Movants having requested expedited consideration of their *Motion for Leave of Bar Preventing Debtors from Filing a new Bankruptcy Case* (the "Motion") to be heard **prior to June 7, 2022** and the Movants certifying to the Court that they gave prior notice to all parties in interest by electronic communication, email or telephone,

IT IS HEREBY ORDERED that an expedited hearing for consideration of the Movants' Motion shall be held at the United States Bankruptcy Court - E.D. PA.

**on** __June 6, 2022__ **at** __9:30__ __a__**.m. prevailing time.**

__X__ via telephonic means using 1-877-873-8017 Access code: 3027681#

Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

It is FURTHER ORDERED that the Debtor's Counsel shall immediately notify secured creditors and the case Chapter 13 Trustee by overnight mail today, May 27, 2022.

The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on May 27, 2022.

Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable

BY THE COURT

Dated: May 27, 2022

_____
ASHELY M. CHAN
United States Bankruptcy Judge