| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| 5NT | 883110 | 512276 | 667167 | 486453210 |

COLLEGE POINT MOBILITY SHUTTLE TRANSPORTATION LL
99-06 58TH AVE SUITE 2G
CORONA, NY 11368

**Earnings Statement** — ADP

Period Beginning: 05/11/2022
Period Ending: 05/24/2022
Pay Date: 05/27/2022

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: 0

ARMINDA L PAZ
3211 ARAMINGO AVE
PHILADELPHIA, PA 19134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.00 | 80.00 | 1,680.00 | 16,800.00 |
| Gross Pay | | | $1,680.00 | 16,800.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Fed Income Tax | 203.28 | 2,032.80 |
| | Social Security | 104.16 | 1,041.60 |
| | Medicare | 24.36 | 243.60 |
| | PA Income Tax | 90.89 | 908.88 |
| | PA Disability | 16.46 | 164.64 |
| Net Pay | | $1,240.85 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours | 0.00 | 40.00 |

Deposits
Account No.    XXXXXXX6336
Transit/ABA
Pending

Important Notes

\* Excluded from federal taxable wages

Your federal wages this period are $1,680.00

---

COLLEGE POINT MOBILITY SHUTTLE TRANSPORTATION LL
99-06 58TH AVE SUITE 2G
CORONA, NY 11368

Payroll Check Number: 4864532
Pay date: 05/27/2022

Pay to the order of: ARMINDA L PAZ
This amount: ONE THOUSAND TWO HUNDRED AND FORTY DOLLARS AND EIGHTY-FIVE CENTS          $1,240.85

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| 5NT | 883110 | 512276 | 667167 | 4864528  9 |

COLLEGE POINT MOBILITY SHUTTLE TRANSPORTATION LL
99-06 58TH AVE SUITE 2G
CORONA, NY 11368

**Earnings Statement**  ADP

Period Beginning: 04/27/2022
Period Ending: 05/10/2022
Pay Date: 05/13/2022

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

ARMINDA L PAZ
3211 ARAMINGO AVE
PHILADELPHIA, PA 19134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.00 | 80.00 | 1,680.00 | 15,120.00 |
| Gross Pay | | | $1,680.00 | 15,120.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Fed Income Tax | 203.28 | 1,829.52 |
| | Social Security | 104.16 | 937.44 |
| | Medicare | 24.36 | 219.24 |
| | PA Income Tax | 90.89 | 817.99 |
| | PA Disability | 16.46 | 148.18 |
| | Net Pay | $1,240.85 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours | 0.00 | 40.00 |

**Deposits**
Account No.    XXXXXXX6336
Transit/ABA
Pending

**Important Notes**

\* Excluded from federal taxable wages

Your federal wages this period are $1,680.00

---

COLLEGE POINT MOBILITY SHUTTLE TRANSPORTATION LL
99-06 58TH AVE SUITE 2G
CORONA, NY 11368

Payroll Check Number: 4864528
Pay date: 05/13/2022

Pay to the order of: ARMINDA L PAZ

This amount: ONE THOUSAND TWO HUNDRED AND FORTY DOLLARS AND EIGHTY-FIVE CENTS    $1,240.85

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 5NT | 883110 | 512276 | 667167 | 4864528 | 9 |

COLLEGE POINT MOBILITY SHUTTLE TRANSPORTATION LL
99-06 58TH AVE SUITE 2G
CORONA, NY 11368

**Earnings Statement** ADP

Period Beginning: 04/27/2022
Period Ending: 05/10/2022
Pay Date: 05/13/2022

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

ARMINDA L PAZ
3211 ARAMINGO AVE
PHILADELPHIA, PA 19134

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.00 | 80.00 | 1,680.00 | 15,120.00 |
| | | | | |
| Gross Pay | | | $1,680.00 | 15,120.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Fed Income Tax | 203.28 | 1,829.52 |
| | Social Security | 104.16 | 937.44 |
| | Medicare | 24.36 | 219.24 |
| | PA Income Tax | 90.89 | 817.99 |
| | PA Disability | 16.46 | 148.18 |
| Net Pay | | $1,240.85 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours | 0.00 | 40.00 |

**Deposits**
Account No.  XXXXXXX6336
Transit/ABA
Pending

**Important Notes**

* Excluded from federal taxable wages

Your federal wages this period are $1,680.00

---

COLLEGE POINT MOBILITY SHUTTLE TRANSPORTATION LL
99-06 58TH AVE SUITE 2G
CORONA, NY 11368

Payroll Check Number: 4864528
Pay date: 05/13/2022

Pay to the order of: ARMINDA L PAZ
This amount: ONE THOUSAND TWO HUNDRED AND FORTY DOLLARS AND EIGHTY-FIVE CENTS     $1,240.85

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

NON-NEGOTIABLE