# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**   ARMINDA LEE PAZ | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor** | **:** | **BANKRUPTCY NO.  19-16150-amc** |

## ORDER

**AND NOW**, upon Motion of the Debtors, it is hereby ordered that debtors be allowed to file a new Chapter 13 Bankruptcy case.

BY THE COURT:

_____
J.

Dated: _____

**Date: June 6, 2022**